# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-0755
Lower Tribunal No. 1982-CF-001157-AXXX-XX

_____

ALFREDO GOMEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

April 30, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Alfredo Gomez, Arcadia, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED